IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DENNIS CREGAN,<br><br>                Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC,<br><br>                Defendant. | CV 23-103-M-DWM<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 45 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The bench trial set for July 15, 2024, is VACATED.

DATED this 12th day of February, 2024.

Donald W. Molloy, District Judge
United States District Court